

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 6, 2020

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on January 2, 2020, and to request an adjournment of the initial pretrial conference scheduled for February 11, 2020, at 12:20 PM. *See* Dkt. No. 14 (mem. endorsement).

On January 2, 2020, the parties submitted a joint letter in response to the Court's Initial Pretrial Conference Order, in which they informed the Court that they were in the process of discussing modifications to Plaintiff's initial FOIA request that may resolve part or all of this case. Dkt. No. 13 at 2-3. Since submitting that letter, the parties have made progress in those discussions, but have not yet reached a resolution and would benefit from additional time to attempt to do so. Accordingly, the parties respectfully request that they be permitted to submit a joint status letter updating the Court on their efforts and proposing next steps in this case by March 9, 2020, and that the initial conference scheduled for February 11, 2020, be adjourned to a date and time after March 9, 2020, that is convenient for the Court. This is the parties' second request for an adjournment of the initial conference. The first request was granted. Dkt. No. 14.

I thank the Court for its consideration of these requests.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:  */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov

cc: Counsel for Plaintiff (by ECF)