UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY and MARK WALKER,

          Plaintiffs,

-against-

DEPARTMENT OF THE TREASURY,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020

19 Civ. 9669 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The initial pretrial conference will be held telephonically. Accordingly, the parties are directed to call chambers at (212) 805-0293 on **March 18, 2020**, at **1:00 p.m.** with all parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                            ANALISA TORRES
                                     United States District Judge