USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020



United States
Southern D

86 Chambers Str
New York, New Y

June 5, 2020

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on May 8, 2020, and to request an adjournment of the telephonic conference scheduled for June 11, 2020, at 11:40 AM. *See* Dkt. No. 23 (mem. endorsement).

On May 7, 2020, the parties submitted a joint letter in which they informed the Court that they were in the process of discussing modifications to Plaintiff's initial FOIA request that may resolve part or all of this case. Dkt. No. 22. Since then, the parties have made significant progress in those discussions, with the Government providing Plaintiffs with a spreadsheet of information for the purpose of narrowing Plaintiffs' request for emails from particular custodians. However, the parties have not yet reached a resolution and would benefit from additional time to attempt to do so. Accordingly, the parties respectfully request that they be permitted to submit a joint status letter updating the Court on their efforts and proposing next steps in this case by July 6, 2020, and that the telephonic conference scheduled for June 11, 2020, be adjourned to a date and time after July 6, 2020, that is convenient for the Court. This is the parties' sixth request for an adjournment of the initial conference. The first five requests were granted. Dkt. Nos. 14, 16, 19, 21, 23.

I thank the Court for its consideration of these requests.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:   /s/ Jennifer Jude
JENNIFER JUDE
Assistant United States Attorney
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov

GRANTED. The telephonic conference scheduled for June 11, 2020 is ADJOURNED to **July 14, 2020**, at **10:40 a.m.** The parties are directed to call (888) 398-2342 or (215) 861-0674, and enter access code 5598827.

By July 6, 2020, the parties shall submit a joint status letter.

SO ORDERED.

Dated: June 8, 2020
   New York, New York

ANALISA TORRES
United States District Judge