U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers St.
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2020

August 13, 2020

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re: *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on July 6, 2020, and to request an adjournment of the telephonic conference scheduled for August 20, 2020, at 10:20 AM. *See* Dkt. No. 27 (mem. endorsement).

On July 6, 2020, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to Plaintiff's FOIA request that may resolve part or all of this case. Dkt. No. 26. Specifically, the Government provided Plaintiffs with a spreadsheet of information, which Plaintiffs have been reviewing. Plaintiffs believe they are close to being able to tell the Government which categories of emails listed on that spreadsheet they would like the Government to process. The parties respectfully request an additional 30 days to continue this process. Further, the parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by September 14, 2020, and that the telephonic conference scheduled for August 20, 2020, be adjourned to a date and time after September 14, 2020, that is convenient for the Court. This is the parties' eighth request for an adjournment of the initial conference. The first seven requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27.

I thank the Court for its consideration of these requests.

GRANTED. The initial pretrial conference scheduled for August 20, 2020, is ADJOURNED to **September 23, 2020**, at **10:40 a.m**. By **September 14, 2020**, the parties shall file a joint status letter.

SO ORDERED.

Dated: August 14, 2020
New York, New York

ANALISA TORRES
United States District Judge

Respectfully,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov