```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2020
```

October 15, 2020

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on September 15, 2020, and to request an adjournment of the telephonic conference scheduled for October 22, 2020, at 10:20 AM. *See* Dkt. No. 31 (mem. endorsement).

On September 14, 2020, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to Plaintiff's FOIA request that may resolve part or all of this case. Dkt. No. 30. Specifically, Plaintiffs had provided the Government with a narrowed list of domains. Since then, the Government has provided Plaintiffs with the approximate volume of emails sent between email addresses at those domains and specific agency custodians and has asked Plaintiffs to narrow their request further. Plaintiffs are in the process of considering that request. The parties respectfully request an additional 30 days to continue this process. Further, the parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by November 16, 2020, and that the telephonic conference scheduled for October 22, 2020, be adjourned to a date and time after November 16, 2020, that is convenient for the Court. This is the parties' ninth request for an adjournment of the initial conference. The first eight requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 31.

I thank the Court for its consideration of these requests.

GRANTED.  The initial pretrial conference scheduled for October 22, 2020, is ADJOURNED to **November 24, 2020**, at **10:20 a.m**. By **November 17, 2020**, the parties shall file a joint status letter.

SO ORDERED.

Dated: October 16, 2020
       New York, New York

ANALISA TORRES
United States District Judge