

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/2020

December 10, 2020

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on November 20, 2020, and to request an adjournment of the telephonic conference scheduled for December 17, 2020, at 10:00 AM. *See* Dkt. No. 35 (mem. endorsement).

On November 17, 2020, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to Plaintiff's FOIA request that may resolve part or all of this case. Dkt. No. 34. The parties have made progress but have not yet agreed on a resolution and respectfully request an additional 30 days to continue their discussions. The parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by January 11, 2021, and that the telephonic conference scheduled for December 17, 2020, be adjourned to a date and time after January 11, 2021, that is convenient for the Court. This is the parties' twelfth request for an adjournment of the initial conference. The first eleven requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 31, 33, 35.

I thank the Court for its consideration of these requests.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

By:   */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov

GRANTED.  The initial pretrial conference scheduled for December 17, 2020, is ADJOURNED to **January 13, 2021**, at **11:00 a.m**.  By **January 6, 2021**, the parties shall file a joint status letter.

SO ORDERED.

Dated: December 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge