```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/8/2021
```

January 6, 2021

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

   Re: *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

  I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on December 14, 2020, and to request an adjournment of the telephonic conference scheduled for January 13, 2021, at 11:00 AM. *See* Dkt. No. 37 (mem. endorsement).

  On December 10, 2020, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to Plaintiff's FOIA request that may resolve part or all of this case. Dkt. No. 36. The parties have made progress but have not yet agreed on a resolution and respectfully request an additional 30 days to continue their discussions. The parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by February 5, 2021, and that the telephonic conference scheduled for January 13, 2021, be adjourned to a date and time after February 5, 2021, that is convenient for the Court. This is the parties' thirteenth request for an adjournment of the initial conference. The first eleven requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 31, 33, 35, 37.

  I thank the Court for its consideration of these requests.

                 Respectfully,

                 AUDREY STRAUSS
                 Acting United States Attorney

             By: */s/ Jennifer Jude*
                 JENNIFER JUDE
                 Assistant United States Attorney
                 Tel: (212) 637-2663
                 Email: jennifer.jude@usdoj.gov

---

GRANTED. The initial pretrial conference scheduled for January 13, 2021, is ADJOURNED to **February 22, 2021**, at **10:40 a.m.** By **February 15, 2021**, the parties shall file a joint status letter.

SO ORDERED.

Dated: January 8, 2021
   New York, New York

**ANALISA TORRES**
United States District Judge