

ABRAMS INSTITUTE FOR FREEDOM

Yale Law School

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021
```

February 16, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *The New York Times Company et al. v. Department of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

    I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on January 8, 2021, and to request an adjournment of the telephonic conference scheduled for February 22, 2021, at 10:40 AM. *See* Dkt. No. 39 (mem. endorsement).  On January 6, 2021, the parties submitted a joint letter in which they informed the Court that they were making progress in their discussions and requested additional time to continue conferring. *See* Dkt. No. 38.

    Since then the parties have conferred via email and continue to believe that further discussions may lead to the resolution of all or part of this case.  The parties therefore request an additional 30 days to continue conferring.  The parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by



March 18, 2021, and that the telephonic conference scheduled for February 22, 2021, be adjourned to a date and time after March 18, 2021, that is convenient for the Court.

This is the parties' fourteenth request for an adjournment of the initial conference. The first thirteen requests were granted. *See* Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 31, 33, 35, 37, 39.

I thank the Court for its consideration of these requests.

Respectfully submitted,

By: /s/ *Charles Crain*
Charles Crain, Supervising attorney
MEDIA FREEDOM AND INFORMATION
　ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: (203) 436-5824
Fax: (203) 432-3034
Email: charles.crain@yale.edu

GRANTED. The initial pretrial conference scheduled for February 22, 2021, is ADJOURNED to **March 25, 2021**, at **10:20 a.m**. By **March 18, 2021**, the parties shall file a joint status letter.

SO ORDERED.

Dated: February 18, 2021
　　　New York, New York

ANALISA TORRES
United States District Judge