

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2021

ABRAMS INSTITUTE FOR FREEDOM

# Yale Law School

March 18, 2021

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    *The New York Times Company et al. v. Department of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on February 18, 2021, and to request an adjournment of the telephonic conference scheduled for March 25, 2021, at 10:20 AM. *See* Dkt. No. 41 (mem. endorsement). On February 16, 2021, the parties submitted a joint letter in which they informed the Court that they were making progress in their discussions and requested additional time to continue conferring. *See* Dkt. No. 40.

Since then the parties have made progress but have not yet agreed on a resolution. The parties believe that additional discussions may lead to the resolution of all or part of this case, and therefore request an additional 30 days to continue conferring. The parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215 • FACSIMILE 203 432-2064
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CT 06511

Case 1:19-cv-09669-AT   Document 43   Filed 03/24/21   Page 2 of 2



next steps in this case by April 19, 2021, and that the telephonic conference scheduled for March 25, 2021, be adjourned to a date and time after April 19, 2021, that is convenient for the Court.

This is the parties' fifteenth request for an adjournment of the initial conference. The first thirteen requests were granted. *See* Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 31, 33, 35, 37, 39, 41.

I thank the Court for its consideration of these requests.

Respectfully submitted,

By: /s/ *Charles Crain*
Charles Crain, Supervising attorney
MEDIA FREEDOM AND INFORMATION
  ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: (203) 436-5824
Fax: (203) 432-3034
Email: charles.crain@yale.edu

GRANTED.  The initial pretrial conference scheduled for March 25, 2021, is ADJOURNED to **June 14, 2021**, at **10:00 a.m.**  By June 7, 2021, the parties shall file a joint status letter.

SO ORDERED.

Dated: March 24, 2021
       New York, New York

ANALISA TORRES
United States District Judge