

U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/11/2021
```

June 7, 2021

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

Re:   *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

  I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on March 24, 2020, and to request an adjournment of the telephonic conference scheduled for June 14, 2021, at 10:00 AM. *See* Dkt. No. 43 at 2 (mem. endorsement).

  On March 18, 2021, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to Plaintiff's FOIA request that may resolve part or all of this case. Dkt. No. 42. The parties have made progress but have not yet agreed on a resolution and respectfully request an additional 60 days to continue their discussions. The parties respectfully propose that they submit a joint status letter updating the Court on their efforts and proposing next steps in this case by August 6, 2021, and that the telephonic conference scheduled for June 14, 2021, be adjourned to a date and time after August 6, 2021, that is convenient for the Court. This is the parties' sixteenth request for an adjournment of the initial conference. The first fifteen requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37, 39, 41, 43.

  I thank the Court for its consideration of these requests.

GRANTED.  The initial pretrial conference scheduled for June 14, 2021, is ADJOURNED to **August 17, 2021**, at **10:20 a.m**.  By **August 10, 2021**, the parties shall file a joint status letter.

SO ORDERED.

Dated: June 11, 2021
   New York, New York

*[signature]*

ANALISA TORRES
United States District Judge