


**U.S. Department**

*United States*
*Southern Dis*

*86 Chambers Street*
*New York, New Yor*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/14/2022__

March 7, 2022

**VIA ECF & EMAIL**
The Honorable Analisa Torres
United States District Court
500 Pearl Street
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

   Re: *The New York Times Co., et al. v. Dep't of the Treasury*, 19 Civ. 9669 (AT)

Dear Judge Torres:

  I write respectfully on behalf of all parties in the above-referenced action brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), to provide the status update ordered by the Court on February 4, 2022, and to request an adjournment *sine die* of the telephonic conference scheduled for March 14, 2022, at 11:00 AM. *See* Dkt. No. 54 at 2 (mem. endorsement).

  On February 3, 2022, the parties submitted a joint letter in which they informed the Court that they were continuing to confer about modifications to the plaintiffs' FOIA request that may resolve part or all of this case. Dkt. No. 53. The parties' discussions recently culminated in an agreement regarding which records the defendant will process and at what monthly rate. The parties have memorialized their agreement in the attached stipulation and proposed order, which they submit for the Court's endorsement. According to the terms of that stipulation, the parties will file a joint status letter 90 days after the Court endorses the stipulation, every 90 days thereafter under the defendant's production is complete, and within 90 days of the defendant informing the plaintiffs that its production is complete. The parties respectfully propose that the Court endorse the stipulation and that the telephonic conference scheduled for March 14, 2022, be adjourned *sine die*. This is the parties' twenty-first request for an adjournment of the initial conference. The first twenty requests were granted. Dkt. Nos. 14, 16, 19, 21, 23, 25, 27, 29, 31, 33, 35, 37, 39, 41, 43, 45, 48, 50, 52, 54.

  GRANTED. The case management conference scheduled for March 14, 2022, is ADJOURNED *sine die*.

SO ORDERED.

Dated: March 14, 2022
   New York, New York

_____
ANALISA TORRES
United States District Judge